STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant
MICHAEL HARRIS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br>      v.<br><br>Michael Flynn Harris,<br><br>                     Defendant. | CR 16-483 WHA<br><br>Stipulation To Continuance And Exclusion Of Time Under The Speedy Trial Act, 18 U.S.C. § 3161 Et. Seq.; [Proposed] Order |

   IT IS HEREBY STIPULATED, by the parties to this action, that the status hearing date of February 7, 2017 at 2:00 p.m. be vacated and the matter re-set for March 7, 2017.

   The requested continuance is necessary because defense counsel requires more time to review discovery and conduct investigation. The government has provided over 4000 pages of discovery to date. There is also a related civil action that is voluminous. Defense counsel is unavailable from February 13 to February 20, 2017. The parties agree and stipulate that the time from February 7, 2017 through March 7, 2017 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) to accommodate counsel's preparation efforts and to afford Mr. Harris continuity of counsel.

U.S. v. Harris, No. CR 16-483 WHA
Stip. & [Prop] Order to Continue                 1

DATED: February 2, 2017 /S/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for Defendant MICHAEL HARRIS

DATED: February 2, 2017 /S/
ROBIN HARRIS
Assistant United States Attorney

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and to afford the defendant continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 7, 2017 at 2:00 p.m., before the Honorable William Alsup. Time is excluded from February 7, 2017 through March 7, 2017 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: February 2, 2017.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

U.S. v. Harris, No. CR 16-483 WHA
Stip. & [Prop] Order to Continue                2