1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7016
7       FAX: (415) 436-7234
        Robin.Harris2@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   CASE NO. CR 16-0483WHA
14                                     )
          Plaintiff,                   )   STIPULATION AND ORDER [PROPOSED]
15                                     )
      v.                               )
16                                     )
   MICHAEL FLYNN HARRIS,               )
17                                     )
          Defendant.                   )
18 _____    )

19         Plaintiff, the United States of America, and defendant, Michael Flynn Harris, hereby stipulate

20 that the status hearing currently scheduled for March 7, 2017 shall be continued to March 28, 2017 at

21 2:00 p.m. The reason for the requested continuance is the parties are attempting to resolve the case and

22 they need additional time to review and calculate financial figures that will bear on the proposed

23 resolution. Counsel for defendant is scheduled to select a jury in *United States v. Jacobs*, CR 16-0299

24 CRB on March 14, 2017, and is set for trial in that same matter on March 20, 2017. The first date that

25 counsel for both parties are available for a change of plea or setting of further dates is March 28, 2017 at

26 2:00 p.m. The parties further stipulate that the time from March 7, 2017 through March 28, 2017 should

27 be excluded from the Speedy Trial Clock because a failure to grant the continuance would deny counsel

28 the reasonable time necessary for effective preparation, taking into account the exercise of due diligence,

STIP AND ORDER
CR 16-0483 WHA

and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: March 1, 2017　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　BRIAN J. STRETCH
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　ROBIN L. HARRIS
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　ELLEN LEONIDA
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

### ORDER

The parties having so stipulated and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing scheduled for March 7, 2017 is continued to March 28, 2017 at 2:00 p.m.  IT IS FURTHER ORDERED that the time from March 7, 2017 through March 28, 2017 should be excluded from the Speedy Trial Clock because a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

STIP AND ORDER
CR 16-0483 WHA