1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 122364)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7016
7       FAX: (415) 436-7234
        robin.harris2@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 16-0483 WHA |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| v. | ) |
| MICHAEL HARRIS, | ) |
| Defendant. | ) |

It is hereby stipulated by and between plaintiff, the United States of America, and defendant, Michael Flynn Harris, that the hearing on defendant's motion for bail pending appeal shall be continued from September 12, 2017 to October 17, 2017 at 2:00 p.m.

The parties further stipulate that the government's opposition shall be filed on or before October 10, 2017.

The reasons for this stipulation and requested continuance of the hearing date is that government counsel is selecting a jury on September 7, 2017 and starting trial on September 11, 2017 in *U.S. v. Joel Zweig*, CR 16-0208 WHO. The Zweig trial is expected to take approximately two weeks. The first mutually convenient date for both counsel to appear before this Court is October 17, 2017 at 2:00 p.m.

//

Stipulation and Proposed Order to Continue Hearing
CR 16-0483 WHA

**IT IS SO STIPULATED.**

                                                                    BRIAN J. STRETCH
                                                                    United States Attorney

Dated: _____             _____/s/_____
                                                                    ROBIN L. HARRIS
                                                                   Assistant United States Attorney

Dated: _____             _____/s/_____
                                                                    Assistant Federal Public Defender,
                                                                  ELLEN LEONIDA
                                                                  Attorney for MICHAEL HARRIS

## **[PROPOSED]** ORDER

       The parties having so stipulated and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the hearing on defendant's motion for bail pending appeal shall be continued from September 12, 2017 to October 17, 2017 at 2:00 p.m. The government shall file its opposition on or before October 10, 2017. **IT IS SO ORDERED**.

DATED: September 8, 2017.                    _____
                                                    HONORABLE WILLIAM ALSUP
                                                     United States District Court Judge

Stipulation and ~~Proposed~~ Order to Continue Hearing
CR 16-0483 WHA